counsel granted, and it is ordered that John C. Lynn, Esq., of Boise, Idaho, be appointed to serve as counsel for petitioner in this case.

No. 92–8873. GILBERTSON v. WALKER ET AL. Dist. Ct. App. Fla., 4th Dist.;

No. 92–9006. SMITH v. STORM ET AL. C. A. 11th Cir.;

No. 92–9146. VAKSMAN v. UNIVERSITY OF HOUSTON BOARD OF TRUSTEES ET AL. C. A. 5th Cir.;

No. 93–5017. GILMORE v. UNITED STATES POSTAL SERVICE. C. A. Fed. Cir.;

No. 93–5096. MULLINS v. UNITED STATES. C. A. 9th Cir.;

No. 93–5212. O'CONNOR v. CHICAGO TRANSIT AUTHORITY ET AL. C. A. 7th Cir.;

No. 93–5299. KENDALL v. KENDALL. Ct. App. Wash.; and

No. 93–5301. GREGOR v. NEWPORT INN JOINT VENTURE ET AL. C. A. 1st Cir. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until October 25, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit petitions in compliance with Rule 33 of the Rules of this Court.

JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), I would deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis.*

No. 92–9014. IN RE BAUER. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until October 25, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE BLACKMUN and JUSTICE STEVENS would deny the petition for writ of mandamus.

No. 92–9180. IN RE MILLER. Motion of petitioner for leave to proceed *in forma pauperis* denied. See this Court's Rule 39.8. Petitioner is allowed until October 25, 1993, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court. JUSTICE STEVENS would deny the petition for writ of habeas corpus.